### 3331.　HAZZARD v. MAYOR AND ALDERMEN OF SAVANNAH.

RUSSELL, J. Even if the evidence was insufficient to authorize the verdict rendered by the justice of the peace, the judge of the superior court erred in rendering final judgment in favor of the defendant. In sustaining the certiorari, he should have ordered a new trial, for the plaintiff might be able to supply any deficiency of evidence on another trial. The judgment is therefore affirmed, with direction that it operate to order a new trial in the justice's court.

*Judgment affirmed, with direction.*

DECIDED DECEMBER 19, 1911.

Certiorari; from Chatham superior court—Judge Charlton. July 20, 1911.

*Twiggs & Gazan,* for plaintiff in error.

*Samuel B. Adams, H. E. Wilson,* contra.

---

### 3345; 3346.　CHANDLER v. ATLANTIC COAST LINE RAILROAD CO. et al., and *vice versa.*

HILL, C. J. The constitutional questions raised by the record in this case were certified to the Supreme Court for instruction, and the decision of that court thereon, rendered August 15, 1911 (136 *Ga.* 638, 71 S. E. 1066), is controlling, and requires a reversal on the main bill of exceptions. The judgment on the cross-bill of exceptions is affirmed, as the special demurrer was without merit.

*Judgment reversed on main bill of exceptions; affirmed on cross-bill.*

DECIDED DECEMBER 19, 1911.

Action for damages; from city court of Waycross—Judge Lankford. January 17, 1911.

*Crawley & Crawley, R. L. Berner, John S. Walker,* for plaintiff.

*Bennet, Twitty & Reese, Wilson, Bennett & Lambdin,* for defendants.